1 | MCGREGOR W. SCOTT
United States Attorney
2 | VINCENTE A. TENNERELLI
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00277-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AS TO DEFENDANT OCAMPO-HIDALGO AND SET FOR CHANGE OF PLEA HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SILVERIO OCAMPO-HIDALGO, | |
| Defendant. | |
| | DATE: February 25, 2019
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 25, 2019.

2. The defendant has signed a plea agreement that will be filed with the Court.

3. By this stipulation, defendant now moves to vacate the status conference and set the matter for a change of plea hearing on March 4, 2019, and to exclude time between February 25, 2019, and March 4, 2019, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Additional time is needed for the filing of the plea agreement, and further investigation, and for continuity of counsel;

1

b)      The parties have agreed to vacate the February 25, 2019 status conference date;

c)      The parties have agreed to set the matter for change of plea

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2019 to March 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 15, 2019                    McGREGOR W. SCOTT
                                                               United States Attorney

                                                               /s/ VINCENTE A. TENNERELLI
                                                               VINCENTE A. TENNERELLI
                                                               Assistant United States Attorney

Dated: February 15, 2019                    /s/ SERITA RIOS
                                                                SERITA RIOS
                                                                Counsel for Defendant
                                                                Silverio Ocampo-Hidalgo

## **ORDER**

IT IS SO ORDERED that the status conference set for February 25, 2019 before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is scheduled for March 4, 2019 at 10:00 a.m before District Judge Dale A. Drozd. The Court finds that the period of delay is excludable for defense preparation and continuity of counsel, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Therefore, the time period of February 25, 2019 to March 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: **February 19, 2019**

UNITED STATES DISTRICT JUDGE