PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                        v.<br><br>SILVERIO OCAMPO-HIDALGO,<br><br>                                Defendant. | CASE NO. 1:18-CR-00277-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 23, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 23, 2021.

2. By this stipulation, defendant now moves to continue the status conference until August 23, 2021 at 2:00 p.m.

3. Defendant requests the continuance because his counsel has a scheduling conflict with the July 23, 2021 status conference. Additionally, defendant's counsel has not yet received discovery and will require time to review that discovery and to confer with defendant and the government regarding a possible resolution of this matter.

4. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: July 19, 2021

/s/ MARA AREVALO-DIAZ
MARA AREVALO-DIAZ
Counsel for Defendant
silverio ocampo-hidalgo

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: July 19, 2021

*/s/Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2