PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVERIO OCAMPO HIDALGO,<br><br>Defendant. | CASE NO. 1:18-CR-00277-DAD-BAM<br><br>STIPULATION TO CONTINUE AUGUST 23, 2021 STATUS CONFERENCE AND ORDER<br><br>DATE: September 16, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 16, 2021.

2. By this stipulation, defendant now moves to continue the status conference until October 5, 2021, and to exclude time between September 16, 2021, and October 5, 2021, under Local Code T4. The parties are continuing to review the facts surrounding Probation's Supervised Release Violation Petition, and defendant is considering whether to admit or deny the allegations.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  September 14, 2021      PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  September 14, 2021      /s/ MARA AREVALO-DIAZ
MARA AREVALO-DIAZ
Counsel for Defendant
SILVERIO OCAMPO HIDALGO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: 9/15/2021      */s/Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE