PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00277-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE NOVEMBER 3, 2021 STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| SILVERIO OCAMPO HIDALGO, | DATE: November 3, 2021 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 3, 2021.

2. By this stipulation, defendant now moves to continue the status conference until December 29, 2021, at 1:00 pm before Magistrate Judge Sheila K. Oberto. The parties are continuing to review the facts surrounding Probation's Supervised Release Violation Petition, and defendant is considering whether to admit or deny the allegations.

///

///

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE   1

IT IS SO STIPULATED.

Dated:  November 1, 2021     PHILLIP A. TALBERT
     Acting United States Attorney

     /s/ VINCENTE A. TENNERELLI
     VINCENTE A. TENNERELLI
     Assistant United States Attorney

Dated:  November 1, 2021     /s/ MARA AREVALO-DIAZ
     MARA AREVALO-DIAZ
     Counsel for Defendant
     SILVERIO OCAMPO HIDALGO

**FINDINGS AND ORDER**

Dated:  **November 1, 2021**     /s/ Erica P. Grosjean
     UNITED STATES MAGISTRATE JUDGE