PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00277-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DECEMBER 29, 2021 STATUS CONFERENCE |
| v. | |
| SILVERIO OCAMPO HIDALGO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-229-NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE DECEMBER 29, 2021 STATUS CONFERENCE |
| v. | |
| SILVERIO OCAMPO HIDALGO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties submitted a Joint Notice of Related Cases linking these matters on November 1, 2021. [Case No. 1:21-cr-229-NONE-SKO (the "2021 Action"), Dkt. 8]. By previous order, these matters were set for status on December 29, 2021. [2021 Action, Dkt. 11; Case No. 1:18-cr-00277-DAD-BAM (the "2018 Action"), Dkt. 42.]

2. By this stipulation, defendant now moves to continue the status conferences for both the

2018 Action and the 2021 Action until January 19, 2022, and to exclude time between December 29, 2021, and January 19, 2022, under Local Code T4.

    3.        The parties agree and stipulate, and request that the Court find the following:

    a)        All this discovery in this matter has been either produced directly to counsel and/or made available for inspection and copying.

    b)        Counsel for defendant desires additional time to review discovery, discuss this case with her client, and explore possible resolutions of this matter with her client and the government.

    c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)        The government does not object to the continuance.

    e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 29, 2021, to January 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  December 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  December 21, 2021

/s/ MARA AREVALO-DIAZ
MARA AREVALO-DIAZ
Counsel for Defendant
SILVERIO OCAMPO HIDALGO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED:  12-21-2021

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE

3